# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LUXOTTICA GROUP S.P.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-852-MN |
| | ) |
| JIM KOUNNAS OPTOMETRISTS & | ) |
| OPTICIANS INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## REPORT AND RECOMMENDATION

For the reasons announced at the hearing on December 18, 2019, I recommend GRANTING Plaintiff's Motion for Default Judgment (D.I. 14). During the hearing, I issued an oral report and recommendation that I hereby incorporate by reference. At the conclusion of the hearing, I ordered Plaintiff to file a revised version of its proposed Default Judgment and Order for Permanent Injunction, incorporating certain changes that I requested at the hearing. On December 23, 2019, Plaintiff filed a revised proposed Default Judgment and Order for Permanent Injunction (D.I. 25). The revised filing satisfactorily incorporates my requested revisions.

Accordingly, I recommend that the Court GRANT Plaintiff's Motion for Default Judgment (D.I. 14) and sign Plaintiff's proposed Default Judgment and Order for Permanent Injunction (D.I. 25). As stated during the hearing, I recommend that the Court fill in the blanks on pages 2 and 15 with the weekly average one-year constant maturity treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date on which the Court signs the Judgment.

This Report and Recommendation is filed pursuant to 28 U.S.C. § 636(b)(1)(B),(C), Federal Rule of Civil Procedure 72(b)(1), and District of Delaware Local Rule 72.1. Any

objections to the Report and Recommendation shall be filed within fourteen days and limited to ten pages. Any response shall be filed within fourteen days thereafter and limited to ten pages. The failure of a party to object to legal conclusions may result in the loss of the right to *de novo* review in the district court.

The parties are directed to the Court's "Standing Order for Objections Filed Under Fed. R. Civ. P. 72," dated October 9, 2013, a copy of which can be found on the Court's website.

Dated: January 2, 2020

							_____
							Jennifer L. Hall
							UNITED STATES MAGISTRATE JUDGE