IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LUXOTTICA GROUP S.p.A., an Italian corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 18-852 (MN) ) |
| JIM KOUNNAS OPTOMETRISTS & OPTICIANS INC., a Delaware Limited Liability Company., | ) ) ) ) |
| Defendant. | ) ) |

## **ORDER**

WHEREAS, on January 2, 2020, Magistrate Judge Jennifer L. Hall issued a Report and Recommendation (D.I. 26) in this action, recommending that the Court grant Plaintiff's Motion for Default Judgment (D.I. 14);

WHEREAS, the Report and Recommendation further recommended that the Court sign the proposed Default Judgment and Order for Permanent Injunction (D.I. 25); and

WHEREAS, no party filed objections to the Report and Recommendation pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED this 17th day of January 2020 that the Report and Recommendation is ADOPTED and Plaintiff's Motion for Default Judgment (D.I. 14) is GRANTED. Consistent with the Report and Recommendation, the Court will sign and enter the Default Judgment and Order for Permanent Injunction.

The Honorable Maryellen Noreika
United States District Judge